JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STEVE CRISMOND, | No. CV 12-03572-ODW (VBK) |
|     Petitioner, | JUDGMENT |
|   v. | |
| GARY SANDON, | |
|     Respondent. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: April 23, 2013

                            OTIS D. WRIGHT, II
                            UNITED STATES DISTRICT JUDGE